[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 04-12181

_____

**FILED**

**U.S. COURT OF APPEALS**
**ELEVENTH CIRCUIT**
**April 29, 2005**
**THOMAS K. KAHN**
**CLERK**

D. C. Docket No. 00-00510 CV-FTM-DNF

ERIC S. BROWN,

Plaintiff-Appellee,
Cross-Appellant,

versus

EMPIRE BUILDERS OF COLLIER
COUNTY, INC.,
d.b.a. Empire Builders Custom Homes,
RICHARD MELSON, et al.,

Defendants-Appellants
Cross-Appellees.

_____

Appeals from the United States District Court
for the Middle District of Florida

_____

**(April 29, 2005)**

Before BLACK, MARCUS and FAY, Circuit Judges.

PER CURIAM:

We affirm the well-reasoned opinions of the magistrate judge dated February 6, 2004 and March 23, 2004.

AFFIRMED.